AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF MISSOURI

**FILED**

NOV 15 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

|  |  |
|---|---|
| United States of America<br>v.<br><br>Haitao Xiang<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   4:19 MJ 1500 JMB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___January 1, 2014 to August 2017___ in the county of ___St. Louis___ in the
___Eastern___ District of ___Missouri___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 1832 | Conspiracy to Commit Theft of Trade Secrets<br>Theft of Trade Secrets |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

JARET DEPKE, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  11/15/2019

_____
*Judge's signature*

City and state:    St. Louis, Missouri           Honorable John M. Bodenhausen, U.S. Magistrate Judge
*Printed name and title*